No. 118, Misc. TUCKER *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Thomas M. Collins* for petitioner. *Solicitor General Marshall, Assistant Attorney General*

*Vinson* and *Philip R. Monahan* for the United States.